information provided by the confidential informants and that he had an objective basis for his decision *(see, Matter of Carter v Kelly,* 159 AD2d 1006, 1008). Petitioner failed to raise the other issues addressed in his brief either at the hearing or upon administrative appeal and, thus, has failed to preserve them for review. (Article 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Grow, J.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HENDRICKS, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: The court did not err in sentencing defendant in the absence of an updated presentence report. The court had the benefit of a presentence report regarding defendant's convictions following a jury trial and defendant was sentenced on all matters at the same time *(see, People v Kryminski,* 154 AD2d 549, *lv denied* 75 NY2d 869). Moreover, defendant had been continuously confined during the two months between the jury verdict and the sentencing, and the court could be assured that there was no new relevant information presented in the interim *(see, People v White,* 115 AD2d 313, 315). Defendant's remaining contentions lack merit. (Appeal from Judgment of Oneida County Court, Buckley, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Callahan, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HENDRICKS, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same Memorandum as in *People v Hendricks* ([appeal No. 1] 178 AD2d 1027 [decided herewith]). (Appeal from Judgment of Oneida County Court, Buckley, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Callahan, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HENDRICKS, Appellant. (Appeal No. 3.)—Judgment unanimously affirmed. Same Memorandum as in *People v Hendricks* ([appeal No. 1] 178 AD2d 1027 [decided herewith]). (Appeal from Judgment of Oneida County Court, Buckley, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Callahan, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RIVERA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Escape, 2nd Degree.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.